178 So. 238
### STATE v. BIG BOY BOTTLING CO. et al.
#### 5 Div. 262.

Supreme Court of Alabama.
Jan. 13, 1938.

Morrow & Bruce, of West Point, Ga., Jacob A. Walker, of Opelika, and Will O. Walton, of LaFayette, for appellees.

GARDNER, Justice.

The questions regarding this appeal are identical with those presented in State v. Seminole Bottling Company et al., Ala. Sup., 178 So. 237,[1] this day decided, and upon authority of that case the motion to dismiss the appeal is sustained.

Appeal dismissed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

